**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **CHLOE NOFTZ, TONYA BLACK and KENNETH WEINSTOCK, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**KSB HOSPITAL FOUNDATION d/b/a KSB HOSPITAL F/K/A KATHERINE SHAW BETHEA HOSPITAL,**<br><br>**Defendant.** | **Case No. 1:24-cv-08100** |

**DEFENDANT KSB HOSPITAL'S**
**RULE 12(b)(6) and 12(b)(1) MOTION TO DISMISS**

Defendant Katherine Shaw Bethea Hospital ("Defendant" or "KSB")[1] hereby moves to dismiss the putative Class Action Complaint filed by Plaintiffs Chloe Noftz, Tonya Black, and Kenneth Weinstock ("Plaintiffs") in its entirety pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth fully in the accompanying memorandum in support, but can be summarized as follows:

1. Plaintiffs fail to state a claim for violation of the Electronic Communications Privacy Act, 18 U.S.C. § 2511(1), *et seq.*, and the Electronic Communications Service and Stored Communications provisions therein. (Counts XIII to X).

2. Plaintiffs fail to state a claim under the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, *et seq.* (Count XI).

---

[1] KSB Hospital Foundation is a distinct entity from Katherine Shaw Bethea Hospital, which is the not-for-profit hospital located in Dixon, Illinois and the proper name for Defendant.

3. The Court should decline to exercise supplemental jurisdiction over Plaintiffs' state law claims because there is no minimal diversity, as Plaintiffs and KSB are Illinois citizens.

4. Plaintiffs fail to state a claim for common law negligence and negligence *per se*. (Counts I and II)

5. Plaintiffs fail to state a claim for breach of express and implied contract. (Counts III and IV).

6. Plaintiffs fail to state a claim for unjust enrichment. (Count V)

7. Plaintiffs fail to state a claim for violation of the Illinois Eavesdropping Statute, 720 ILCS 5/14, *et seq.* (Count VII)

8. Plaintiffs fail to state a claim for unlawful bailment. (Count VI).

This 8th day of November, 2024.

Respectfully submitted,

***/s/ Sanjay S. Karnik***
Sanjay S. Karnik
Ill. Reg. No. 6300156
CHILIVIS GRUBMAN, LLP
159 N. Sangamon Street, Suite 313A
Chicago, IL 60607
Tel: (872) 260-6679
Fax: (404) 261-2842
skarnik@cglawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November 2024, I have caused the electronic filing of the foregoing document described as **DEFENDANT KSB'S HOSPITALS RULE 12(b)(6) AND 12(b)(1) MOTION TO DISMISS** through the CM/ECF system, which will serve all parties of record.

***/s/ Sanjay S. Karnik***
Sanjay S. Karnik