**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **CHLOE NOFTZ, TONYA BLACK and KENNETH WEINSTOCK, on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**KSB HOSPITAL FOUNDATION d/b/a KSB HOSPITAL F/K/A KATHERINE SHAW BETHEA HOSPITAL,**<br><br>**Defendant.** | **Case No. 1:24-cv-08100** |

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE that on Tuesday, November 19, 2024 at 9:30 a.m., or as soon thereafter as it may be heard, undersigned counsel for Defendant KSB Hospital Foundation d/b/a KSB Hospital f/k/a Katherine Shaw Bethea Hospital ("Defendant") shall appear before the Honorable Judge Martha M. Pacold or any judge sitting in her stead in Courtroom 2325 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois, and shall present its Motion to Dismiss filed pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure.

Defendant notes that in its Minute Entry of November 5, 2024, the Court has already issued the following briefing schedule for Defendant's Motion to Dismiss: (1) Plaintiffs' response brief not exceeding 25 pages will be due by December 6, 2024; and (2) Defendant's reply brief will be due by December 20, 2024. (Doc. 11).

This <u>8th</u> day of November, 2024.

Respectfully submitted,

***<u>/s/ Sanjay S. Karnik</u>***
Sanjay S. Karnik
Ill. Reg. No. 6300156

CHILIVIS GRUBMAN, LLP
159 N. Sangamon Street, Suite 313A
Chicago, IL 60607
Tel: (872) 260-6679
Fax: (404) 261-2842
skarnik@cglawfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 8th day of November, 2024, that the foregoing **NOTICE OF MOTION** has been filed via CM/ECF filing system, which will serve all parties of record.

***/s/ Sanjay S. Karnik***
Sanjay S. Karnik