# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Chloe Noftz, et al.
                        Plaintiff,

v.                                           Case No.: 1:24–cv–08100
                                                       Honorable Martha M. Pacold

KSB Hospital Foundation
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 28, 2026:

       MINUTE entry before the Honorable Martha M. Pacold: By 2/4/26, defendant shall indicate whether its original motion to dismiss [12] has any material differences with its renewed motion to dismiss [34]. If there are any material differences, defendant shall submit a redline showing all changes from the original and renewed motions to dismiss. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.