UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Chloe Noftz, et al.
                                  Plaintiff,
v.                                                Case No.: 1:24−cv−08100
                                                  Honorable Martha M. Pacold
KSB Hospital Foundation
                                  Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 11, 2026:

    MINUTE entry before the Honorable Martha M. Pacold:The court has reviewed the parties' supplemental briefing on jurisdiction, [30], [31], [32], and defendant's response to minute entry (Doc. 38), [39]. Parties shall submit a joint status report by 2/25/2026 on whether they wish to schedule oral argument on the new motions or whether they stand on the 9/11/2025 oral argument on defendant's original motion to dismiss [25]. Telephone hearing covering both the 2/25/2026 joint status report concerning oral argument as well as a telephone ruling on jurisdiction, see [28], is set for 2/26/2026 at 11:00 a.m. To join the telephone hearing please dial 650−479−3207 and enter access code 2310 276 7442#. Press # when prompted for an attendee number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.