UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| CHLOE NOFTZ, TONYA BLACK AND KENNETH WEINSTOCK, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiff<br><br>v.<br><br>KSB HOSPITAL FOUNDATION D/B/A KSB HOSPITAL F/K/A KATHERINE SHAW BETHEA HOSPITAL,<br><br>　　　　Defendant. | Case No. 1:24-cv-08100<br><br>Hon. Martha M. Pacold |

### JOINT RESPONSE TO FEBRUARY 11 ORDER

Pursuant to this Court's February 11, 2026, order, D.E. 40, Plaintiffs Chloe Noftz, Tonya Black, and Kenneth Weinstock (collectively, "Plaintiffs") and Defendant KSB Hospital Foundation ("KSB") respectfully submit that they have conferred and agree that no further oral argument is necessary in this case on the pending motions. The parties mutually stand on the oral arguments made in the September 2025 hearing and on the briefs each party has submitted since then, and will appear by telephone on February 26, 2026.

Dated: February 20, 2026                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Michael C. Tackeff
　　　　　　　　　　　　　　　　　　　　J. Gerard Stranch, IV (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　Michael C. Tackeff (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　STRANCH, JENNINGS & GARVEY, PLLC
　　　　　　　　　　　　　　　　　　　　223 Rosa L. Parks Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　　Nashville, Tennessee 37203
　　　　　　　　　　　　　　　　　　　　(615) 254-8801
　　　　　　　　　　　　　　　　　　　　gstranch@stranchlaw.com
　　　　　　　　　　　　　　　　　　　　amize@stranchlaw.com

Lynn A. Toops, Bar No. 6333743
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com

Samuel J. Strauss, Bar No. 6340331
Raina Borelli (*Pro Hac Vice* forthcoming)
STRAUSS BORELLI PLLC
908 N. Michigan Avenue, Suite 1610
Chicago Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

*Counsel for Plaintiffs and the Proposed Class*

/s/ Sanjay S. Karnik
Sanjay S. Karnik
Ill. Reg. No. 6300156
Brandi Z. Burton-Murrain
Ill. Reg. No. 6323698
CHILIVIS GRUBMAN WARNER
& BERRY LLP
159 N. Sangamon St., Suite 313A
Chicago, IL 60607
Tel: (872) 260-6679
Fax: (404) 261-2842
skarnik@cglawfirm.com
bmurrain@cglawfirm.com

*Counsel for Defendant KSB Hospital*

## CERTIFICATE OF SERVICE

      It is hereby certified that a true and accurate copy of the foregoing was this 20th day of February, 2026, filed using the CM/ECF system, which will electronically serve all counsel of record.

      */s/ Michael C. Tackeff*
      Michael C. Tackeff

      *Counsel for Plaintiffs and the Proposed Class*