**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Chloe Noftz, et al.
                            Plaintiff,

v.                                         Case No.: 1:24–cv–08100
                                                   Honorable Martha M. Pacold

KSB Hospital Foundation
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 26, 2026:

      MINUTE entry before the Honorable Maria Valdez: This case has been referred to Judge Valdez to conduct a settlement conference. No later than 3/5/26, the parties shall file a joint status report advising if they are now ready to begin the process of scheduling a settlement conference, or if not, when they expect to be. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.