## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Chloe Noftz, et al.

                    Plaintiff,

v.                                                    Case No.: 1:24–cv–08100
                                                      Honorable Martha M. Pacold

KSB Hospital Foundation

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 5, 2026:

MINUTE entry before the Honorable Maria Valdez: The parties advise they have begun settlement discussions and will shortly be ready to participate in a settlement conference. Plaintiff shall submit a demand letter to Defendant as soon as possible, and no later than 3/19/26, and Defendant will respond with an offer letter no later than 4/2/26. Both letters must comply with this Court's standing order and instructions governing settlement conferences and should be electronically submitted to the Court at Proposed_Order_Valdez@ilnd.uscourts.gov no later than 4/3/26. If after reviewing the letters the Court believes a settlement conference will be fruitful, the parties will be contacted with available dates. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.