**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Chloe Noftz, et al.
                              Plaintiff,

v.                                                      Case No.: 1:24–cv–08100
                                                        Honorable Martha M. Pacold

KSB Hospital Foundation
                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 6, 2026:

     MINUTE entry before the Honorable Maria Valdez: Remote attorneys–only settlement conference is set for 5/19/26 at 11:00 a.m. Earlier dates were offered. A Webex link will be sent to participating counsel, and they must advise chambers as soon as possible if their contact information changes before the conference. Final settlement positions are due by 12:00 p.m. on 5/18/26. Failure to comply with the provisions of the Court's Standing Order may result in the unilateral cancellation of the settlement conference by the Court. THE FACT THAT A SETTLEMENT CONFERENCE HAS BEEN SCHEDULED DOES NOT MEAN THAT THE PARTIES SHOULD STOP ENGAGING IN SETTLEMENT DISCUSSIONS AMONG THEMSELVES. The Court finds that too often the parties put settlement talks on hold until the settlement conference with the Magistrate Judge. The Court expects that many cases can be resolved among the parties without the need for court–supervised mediation. If your informal discussions are unsuccessful, the Court will conduct the conference but will expect the parties to apprise her of the status of their ongoing settlement discussions. Because of the volume of settlement conferences conducted by Judge Valdez, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.