**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Chloe Noftz, et al.

                         Plaintiff,

v.                                                    Case No.: 1:24–cv–08100
                                                      Honorable Martha M. Pacold

KSB Hospital Foundation

                         Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, May 19, 2026:


      MINUTE entry before the Honorable Maria Valdez: Attorneys–only settlement conference held on 5/19/26. Plaintiff's counsel failed to submit a settlement letter as required by this Court's standing order. No later than 5/21/26, Plaintiff shall submit to the Court and opposing counsel a settlement demand letter consistent with this Court's standing order, and another conference may be set if the Court concludes one may be fruitful. Mailed notice. (kp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.