**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chloe Noftz, et al.
Plaintiff,
v.
KSB Hospital Foundation
Defendant.

Case No.: 1:24−cv−08100
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 12, 2026:

MINUTE entry before the Honorable Martha M. Pacold: Telephone ruling from the bench held on 8/12/2026. For the reasons stated on the record, defendant's motion to dismiss, [34], is granted in part and denied in part. Plaintiffs are granted leave to file an amended complaint by 9/11/2026 if plaintiffs can do so consistent with today's ruling and Rule 11. The parties are directed to file a joint status report by 9/17/2026 with a proposed schedule. E.g., if plaintiffs do not intend to file an amended complaint or defendants intend to respond by way of an answer to any forthcoming amended complaint, the parties should include a proposed discovery schedule; if defendants intend to respond to any amended complaint by way of motion, the parties should include in the status report a proposed briefing schedule. The 9/17/2026 joint status report should also include an update on any settlement efforts and any request for a status hearing or further status report deadline. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.