**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **CHLOE NOFTZ, TONYA BLACK AND KENNETH WEINSTOCK, on behalf of themselves and all others similarly situated,** | ) | |
| **Plaintiff** | ) | **Case No. 1:24-cv-08100** |
| **v.** | ) | **Hon. Martha M. Pacold** |
| **KSB HOSPITAL FOUNDATION D/B/A KSB HOSPITAL F/K/A KATHERINE SHAW BETHEA HOSPITAL,** | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT & PROPOSED SCHEDULING ORDER

Pursuant to this Court's August 12, 2026, order, D.E. 57, Plaintiffs Chloe Noftz, Tonya Black, and Kenneth Weinstock (collectively, "Plaintiffs") and Defendant KSB Hospital Foundation ("KSB") respectfully submit this proposed schedule. Plaintiffs have elected not to amend their complaint in light of the Court's bench ruling on August 12, 2026. The parties have also conferred and do not anticipate settlement discussions resuming at this time but will continue to keep an open dialogue regarding settlement. Accordingly, the parties propose the following schedule:

1. Defendant shall file its answer on or before October 1, 2026.
2. Discovery Plan.
   a. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be exchanged on October 2, 2026.
   b. The parties shall conduct a Rule 26(f) conference on or before September 25, 2026.
   c. The cut-off for fact discovery is Friday, October 1, 2027.

d. The cut-off for expert discovery, including for depositions of experts, is January 14, 2028.

e. The parties shall negotiate and submit for entry motions and proposed orders regarding Confidentiality Orders and an ESI protocol consistent with this Court's procedures and Local Rule 26.2.

3. Dispositive Motions.

a. Plaintiffs shall file their Motion for Class Certification on or before February 18, 2028. Defendant shall file a response on or before March 31, 2028, and Plaintiffs may file an optional reply on or before April 21, 2028.

b. Dispositive motions, including Motions for Summary Judgment, shall be filed on or before February 25, 2028. Responses shall be due April 7, 2028, and replies shall be due April 28, 2028.

Dated: September 14, 2026

Respectfully submitted,

*<u>/s/ Michael C. Tackeff</u>*

J. Gerard Stranch, IV (*Pro Hac Vice*)
Michael C. Tackeff (*Pro Hac Vice*)
**STRANCH, JENNINGS, & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
gstranch@stranchlaw.com
amize@stranchlaw.com

Lynn A. Toops
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com

Samuel J. Strauss, Bar No. 6340331
Raina Borelli (*Pro Hac Vice* forthcoming)
**STRAUSS BORELLI PLLC**

908 N. Michigan Avenue, Suite 1610
Chicago Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

***Counsel for Plaintiffs and the Proposed Class***

***/s/ Sanjay S. Karnik w/Permission***

Sanjay S. Karnik
Ill. Reg. No. 6300156
Brandi Z. Burton-Murrain
Ill. Reg. No. 6323698
**CHILIVIS GRUBMAN WARNER**
& BERRY LLP
159 N. Sangamon St., Suite 313A
Chicago, IL 60607
Tel: (872) 260-6679
Fax: (404) 261-2842
skarnik@cglawfirm.com
bmurrain@cglawfirm.com

***Counsel for Defendant KSB Hospital***

## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing was this September 14, 2026 filed using the CM/ECF system, which will electronically serve all counsel of record.

*/s/ Michael C. Tackeff*
Michael C. Tackeff

*Counsel for Plaintiffs and the Proposed Class*