**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chloe Noftz, et al.
Plaintiff,
v.
Case No.: 1:24−cv−08100
Honorable Martha M. Pacold
KSB Hospital Foundation
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 16, 2026:

MINUTE entry before the Honorable Maria Valdez: This case has been referred to Judge Valdez for discovery supervision and to conduct a settlement conference. The parties' agreed discovery schedule is entered as follows: Rule 26(a)(1) disclosures to be made by 10/2/26; all written discovery requests shall be issued no later than 8/17/27; the fact discovery deadline is 10/1/27; and the expert discovery deadline is 1/14/28. Class certification and dispositive motion schedules will be set at a later date. The parties are expected to proceed expeditiously to complete discovery by the deadline. There will be no extensions absent good cause under Fed. R. Civ. P. 16(b)(4), which requires diligence on the movant's part. See Sumrall v. LeSea, 104 F.4th 622, 630 (7th Cir. 2024). The Court generally does not consider obligations in other cases, vacations, holidays, illnesses, or difficulty scheduling depositions to demonstrate good cause, as there is more than enough time to complete discovery even if those expected complications arise. No later than 1/7/27, the parties must file a joint status report. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.